UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY PATE by his next friend LESA PATE** | **CIVIL ACTION NO. 5:14-cv-00802** |
| **VERSUS** | **DISTRICT JUDGE HICKS** |
| **DERRICK HARRIS, BILLY GLASS, LOGAN KERR, CLINT RICHARDSON, JASON VAUGHN, RANDY CHANDLER, AND CITY OF SHREVEPORT** | **MAGISTRATE JUDGE HAYES** |

## ORDER OF DISMISSAL

The above and foregoing motion having been considered:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims of plaintiffs, Anthony Pate by his next friend Lesa Pate, and defendants, Derrick Harris, Billy Glass, Logan Kerr, Clint Richardson, Jason Vaughan, Randy Chandler, Craig Mulford and City of Shreveport, in the above-captioned matter be, and they are hereby dismissed, with prejudice.

Monroe

~~Shreveport~~, Louisiana this the 1st day of February , 2015.

UNITED STATES MAGISTRATE JUDGE